

# Fourth Court of Appeals
## San Antonio, Texas

January 31, 2018

No. 04-17-00750-CR

Kevin Lamar **JOHNSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2002CR4779
Honorable Philip A. Kazen Jr., Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION.

It is so **ORDERED** on January 31, 2018.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of January, 2018.

Keith E. Hottle, Clerk of Court